**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-2276

_____

THOMAS M. PRESSLEY,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-00-3965-6-24-BG)

_____

Submitted: May 15, 2003          Decided: May 20, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas M. Pressley, Appellant Pro Se.  Justin Marshall Grow,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Greenville, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas M. Pressley appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of his former employer, the South Carolina Department of Corrections, on his claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2002), and the Family Medical Leave Act, 29 U.S.C. §§ 2601-2654 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pressley v. South Carolina Dep't of Corrections, No. CA-00-3965-6-24-BG (D.S.C. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2